**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
5850 Canoga Ave. 4th Floor,
Woodland Hills, CA 91367
Telephone: (818) 710-2724
FAX: (818) 710-2728
erisa@erisarights.com
Attorneys for **Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GORDON | NO. 10cv5399-EJD |
| Plaintiff, | [~~Proposed~~] ORDER DISMISSING BORLAND SOFTWARE CORPORATION |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a corporation; BORLAND SOFTWARE CORPORATION, a corporation; DOES 1 through 10, inclusive | |
| Defendants. | |

Based on the Plaintiff's notice of dismissal and pursuant to FRCP 41(a) Defendant Borland Software Corporation is hereby dismissed from this action.

Dated: January 11, 2011

_____
Honorable Edward J. Davila
United States District Judge

1