IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT GORDON, | CASE NO. 5:10-cv-05399 EJD |
| Plaintiff(s), | **ORDER STAYING ACTION; CONTINUING MOTION HEARING AND VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et. al., | |
| Defendant(s). | |

In light of the request contained in the Joint Preliminary Pretrial Conference Statement (see Docket Item No. 33), and considering the remand investigation has not yet been completed, the court finds it appropriate to further abate this action. As such, this case is again STAYED until completion of the remand or until July 31, 2012, whichever occurs first. Either or both parties may apply for an extension of this stay should the circumstances so require.

In addition, the hearing on Plaintiff's Motion for Attorney's Fees on Remand (Docket Item No. 26) currently scheduled for April 27, 2012, is CONTINUED to **August 10, 2012 at 9:00 a.m.** The Preliminary Pretrial Conference also scheduled for April 27, 2012, is VACATED. The court instead schedules a Case Management Conference for **August 10, 2012, at 10:00 a.m.** The parties shall file a Joint Case Management Conference Statement on or before **August 3, 2012.**

**IT IS SO ORDERED.**

Dated: April 25, 2012

EDWARD J. DAVILA
United States District Judge