IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT GORDON,<br><br>Plaintiff(s),<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et. al.,<br><br>Defendant(s). | CASE NO. 5:10-cv-05399 EJD<br><br>**ORDER STAYING CASE; VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 40), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for December 14, 2012, is VACATED. In addition, the court issues the following order in light of the anticipated administrative appeal:

1. This case is STAYED until a final ruling has been issued on Plaintiff's anticipated appeal of the benefits determination.

2. Due to what may be a period of extended inactivity while the appeal progresses, the clerk of the court shall administratively close this file.

3. The parties shall provide notice to the court within one week of the issuance of the final appellate determination. In the notice, the parties shall request that this matter be reopened and that a case management conference be scheduled.

4. This Order shall not prevent either party from seeking to reopen this case and lift or extend the stay should the circumstances warrant.

**IT IS SO ORDERED.**

Dated: December 12, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-05399 EJD
ORDER STAYING CASE; VACATING CASE MANAGEMENT CONFERENCE